UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Walter Chentlen Jr.**                                   Docket No. 7:15-CR-16-1BR

**Petition for Action on Supervised Release**

COMES NOW David W. Leake, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Walter Chentlen Jr., who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute a Quantity of Cocaine Base (Crack) in violation of 21 U.S.C. § 846, and Possession With Intent to Distribute and Distribution of a Quantity of Cocaine Base (Crack) in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on November 2, 2015, to the custody of the Bureau of Prisons for a term of 64 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Walter Chentlen Jr. was released from custody on October 18, 2018, at which time the term of supervised release commenced.

On November 14, 2018, the court was advised that the defendant submitted to a urinalysis on October 29, 2018, that yielded positive results for marijuana. As he was reprimanded for breaching the court's trust, was placed in substance abuse treatment, and was taught a cognitive intervention technique to improve his decision making ability, the court agreed to continue him on supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On December 4, 2018, the defendant missed a scheduled urinalysis collection date. On December 14, 2018, he submitted to a urinalysis that yielded positive results for marijuana, cocaine, and opiates. When confronted immediately following the urinalysis, he admitted to using illegal drugs a few days earlier and expressed remorse for his actions. Accordingly, his case was staffed with the substance abuse treatment provider and it was determined that his substance abuse treatment would be increased. Additionally, he was retaught a cognitive intervention technique to further improve his decision-making ability. Finally, he was informed that a condition requiring him to complete 12 hours of community service would be recommended to the court. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 12 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

**Walter Chentlen Jr.**
**Docket No. 7:15-CR-16-1BR**
**Petition For Action**
**Page 2**

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ David W. Leake<br>David W. Leake<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401-3958<br>Phone: 910-679-2045<br>Executed On: December 14, 2018 |

**ORDER OF THE COURT**

Considered and ordered this \_\_\_17\_\_\_ day of \_\_\_December\_\_\_, 2018, and ordered filed and made a part of the records in the above case.

_____
W. Earl Britt
Senior U.S. District Judge