UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Walter Chentlen, Jr.**                                    Docket No. 7:15-CR-16-1BR

**Petition for Action on Supervised Release**

COMES NOW David W. Leake, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Walter Chentlen, Jr., who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute a Quantity of Cocaine Base (Crack) in violation of 21 U.S.C. § 846, and Possession With Intent to Distribute and Distribution of a Quantity of Cocaine Base (Crack) in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on November 2, 2015, to the custody of the Bureau of Prisons for a term of 64 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Walter Chentlen, Jr. was released from custody on October 18, 2018, at which time the term of supervised release commenced.

On November 14, 2018, the court was advised that the defendant submitted to a urinalysis on October 29, 2018, that yielded positive results for marijuana. As he was reprimanded for breaching the court's trust, was placed in substance abuse treatment, and was taught a cognitive intervention technique to improve his decision making, the court agreed to continue him on supervision.

On December 17, 2018, the court was advised that the defendant missed a scheduled urinalysis collection date, and submitted to a urinalysis on December 14, 2018, that yielded positive results for marijuana, cocaine, and opiates. As he was again reprimanded for breaching the court's trust, as substance abuse treatment was increased, and as he was retaught a cognitive intervention technique to improve his decision making, the court agreed to impose a condition requiring him to complete 12 hours of community service and continued him on supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On January 2, 2019, the defendant submitted to a urinalysis that yielded positive results for codeine, morphine, and marijuana (the marijuana positive could be residual from previous use). When confronted on January 11, 2019, he admitted to using drugs a few days prior to the urinalysis and expressed remorse for his actions. Accordingly. his case was again staffed with the substance abuse treatment provider and his substance abuse treatment will be enhanced. Additionally, cognitive intervention techniques were reviewed to further address his decision-making ability. Finally, he was informed that a condition requiring him to complete 2 days in custody would be recommended to the court. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Walter Chentlen, Jr.
Docket No. 7:15-CR-16-1BR
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ David W. Leake<br>David W. Leake<br>U.S. Probation Officer<br>414 Chestnut Street, Suite 102<br>Wilmington, NC 28401-3958<br>Phone: 910-679-2045<br>Executed On: January 14, 2019 |

## ORDER OF THE COURT

Considered and ordered this ___14___ day of ___January___, 2019, and ordered filed and made a part of the records in the above case.

_____
W. Earl Britt
Senior U.S. District Judge